IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION

| | |
|---|---|
| GERARD LAYANI, *et al.*,, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>ISAAC OUAZANA, *et al.*,; <br><br>　　　　　Defendants. | Case No. 1:20-cv-00420-SAG |

### (CONSENTED) PLAINTIFF HAIM TAUB'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS UNDER RULE 41(a)(1)(ii)

Plaintiff Haim Taub respectfully provides notice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that he hereby dismisses all causes of action in the complaint against defendants Isaac Ouazana, Benjamin Ouazana, WAZ Management, LLC, I&B Capital Investments LLC, WAZ-Brothers, LLC, and WAZ-Investments, LLC. Plaintiff Taub requested by email on May 2, 2023, that Counsel inform the Court that he wishes to dismiss his claims voluntarily because he is fearful for his personal safety if he continues to prosecute them in this action ("Then inform the court on my behalf that I am giving up the claim, because I am afraid of the Wazna brothers.").

Since Defendants Isaac Ouazana, Benjamin Ouazana, WAZ Management, LLC, I&B Capital Investments LLC, WAZ-Brothers, LLC, and WAZ-Investments, LLC have filed an answer to the complaint as to Plaintiff Taub's claims, Dismissal under Rule 41(a)(1)(ii) is appropriate only with the consent/signature of Defendants. Plaintiffs' counsel has conferred with Defendants' counsel about Mr. Taub's request to dismiss his claims, and Defendants Counsel' graciously offered to ask Defendants to refrain from direct contact with Mr. Taub or if Mr. Taub still wants to dismiss his

claims, then he consented to dismissal under Rule 41(a)(1(ii). Mr. Taub still wants to dismiss his claims.

Wherefore, Plaintiff Taub respectfully ask that the Court enter an order dismissing his claims.

Dated: May 3, 2023.

>Respectfully submitted,
>
>MIZENE, PLLC
>
>By: _____//s//_____
>Jamil Zouaoui (D.C. Bar #431952)
>4626 Wisconsin Avenue, NW, Suite 300
>Washington, DC 20016
>Telephone: (202) 670-0529
>jzouaoui@mizene.us
>*Counsel for Plaintiff Haim Taub.*

## CERTIFICATE OF SERVICE

I hereby certify that on this May 3, 2023, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel:

>MIZENE, PLLC
>
>By: _____//s//_____
>Jamil Zouaoui (D.C. Bar #431952)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION

| | |
|---|---|
| GERARD LAYANI, *et al.*,, <br><br> Plaintiffs, <br><br> v. <br><br> ISAAC OUAZANA, *et al.*,; <br><br> Defendants. | Case No. 1:20-cv-00420-SAG |

**(PROPOSED) ORDER**

Upon consideration of the (CONSENTED) PLAINTIFF HAIM TAUB'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS UNDER RULE 41(a)(1)(ii), it is this \_\_\_\_ day of \_\_\_\_\_, \_\_\_\_, hereby

ORDERED that all of Plaintiff Taub's causes of action in the complaint against defendants Isaac Ouazana, Benjamin Ouazana, WAZ Management, LLC, I&B Capital Investments LLC, WAZ-Brothers, LLC, and WAZ-Investments, LLC, be and hereby are DISMISSED.

_____
Hon. Stephanie A. Gallagher
United States District Judge