IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION

| | |
|---|---|
| GERARD LAYANI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ISAAC OUAZANA, *et al.*,;<br><br>    Defendants. | Case No. 1:20-cv-00420-SAG |

(PROPOSED) ORDER

Upon consideration of the (CONSENTED) PLAINTIFF HAIM TAUB'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS UNDER RULE 41(a)(1)(ii), it is this <u>14th</u> day of <u>June</u>, <u>2023</u>, hereby

ORDERED that all of Plaintiff Taub's causes of action in the complaint against defendants Isaac Ouazana, Benjamin Ouazana, WAZ Management, LLC, I&B Capital Investments LLC, WAZ-Brothers, LLC, and WAZ-Investments, LLC, be and hereby are DISMISSED.

/s/
Hon. Stephanie A. Gallagher
United States District Judge

1