**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **GERARD LAYANI, et al.,** | * | |
| Plaintiffs, | * | Case No.: 1:20-cv-00420-SAG |
| v. | * | |
| **ISAAC OUAZANA, et al.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>AMENDED SCHEDULING ORDER</u>

**DUE TO THE AGE OF THIS CASE,**
**NO EXTENSIONS WILL BE GRANTED TO EITHER PARTY**

| | |
|---|---|
| Post-Class Certification Discovery Deadline | July 16, 2024 |
| Deadline for Rule 26(a)(2) Disclosure for Plaintiff's Expert(s) on Substantive Issues | August 5, 2024 |
| Deadline for Rule 26(a)(2) Disclosure for Defendants' Expert(s) on Substantive Issues | September 4, 2024 |
| Expert Discovery Deadline | October 4, 2024 |
| Deadline to file Motions for Summary Judgment | October 18, 2024 |

Trial will be scheduled after dispositive motions are filed.

<u>April 17, 2024</u>  
Date

_____/s/_____
Stephanie A. Gallagher
United States District Judge