IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **GERARD LAYANI, et al.** | * | |
| **Plaintiffs** | * | **Civil Case No. 20-00420-SAG** |
| v. | * | |
| **ISAAC OUAZANA, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \*

**MOTION TO COMPEL DISCOVERY AND
SUPPORTING MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure 37(2), Defendants, Benjamin Ouazana and WAZ Investments, LLC, hereby move the Court for an order compelling Plaintiffs, Gerard Layani, Britt Investment Baltimore, LLC, Yehuda Ragones, RDNA Investments, LLC, Kandy, LLC, Henya Karniel, Yonason S. Keyak, Devora A. Keyak, 4802 Frankford Ave, LLC, Yosef Keyak, and Issac Krausz, to provide documents that counsel has agreed to produce as well as responses to requests for admissions, and answers to interrogatories.

**I.     INTRODUCTION**

Plaintiffs' counsel, Mr. Zouaoui, has represented in Plaintiffs' responses, their willingness to produce documents responsive to certain of Defendants' document requests. Yet Mr. Zouaoui has failed to make good on the responses, advising Judge Gallagher during an April 17, 2024 hearing on his failed Motion for Class Certification that he intentionally withheld the records because he didn't want witnesses contacted regarding the records. The responses state that documents will be produced.

Defense counsel conducted a Local Rule 104.7 conference with Plaintiff's counsel after the April 17, 2024 hearing to advise that requested records must be produced. Along with

responsive answers to interrogatories and responses to requests for admissions. Defendants' request that the Court enter an Order requiring Plaintiffs to produce records within 10 days, and responsive answers to interrogatories and responses to requests for admissions within 20 days. Defendants also request that the Court order Plaintiffs to pay Defendants' expenses incurred in litigating this motion pursuant to Fed. R. Civ. P. 37(a)(5).

## II. ARGUMENT

### A. Documents Plaintiffs Agreed to Produce in their Responses and Objections to Defendants' Discovery Requests

When they served their Responses and Objections to Defendants' Discovery Requests on November 8, 2023, Plaintiffs agreed to produce responsive documents. *See, e.g.,* Ex. A. Plaintiffs' Objections and Responses to Defendants' Request for Production of Documents; Ex. B. Plaintiffs' Objections and Responses to Defendants' Interrogatories and Plaintiffs' Objections and Responses to Requests for Admissions. And it has not been for lack of a "reminder". Defendants now respectfully ask the Court to compel Plaintiffs to produce the documents they already agreed to produce in their responses to Defendants' Request or the Production of Documents and Interrogatories.[1]

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court order Plaintiffs to produce the documents they have agreed to produce within ten days of the entry of such an order. Defendants request that the Court order Plaintiffs to provide responsive answers to interrogatories, and responses to Defendants' requests for admissions. Additionally, Defendants request that the

---

[1] *See* Fed. R. Civ. P. 37(3)(B)(iii) & (iv) (providing that a propounding party may file a motion to compel if "a party fails to answer an interrogatory submitted under Rule 33" or "fails to permit inspection – as requested under Rule 34"); Fed. R. Civ. P. 37(a)(4) ("[A]n evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond.").

Court order Plaintiffs to pay Defendants expenses incurred in bringing this motion pursuant to Fed. R. Civ. P. 37(a)(5)(A).

Respectfully submitted,

/*s/ William C. Parler, Jr.*
WILLIAM C. PARLER, JR.
Bar No.: 05087
**THE LAW OFFICES OF**
**WILLIAM C. PARLER, JR., LLC**
311 Gailridge Road
Timonium, Maryland 21093
 (410)832-1885
w.parler@parlerlaw.com
*Attorney for Defendants, Isaac Ouazana, Benjamin Ouazana, I&B Capital Investments, LLC, WAZ Brothers, LLC, WAZ Investments, LLC, and WAZ Management, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of Apil 2024, a copy of the aforegoing was electronically filed with the Clerk of Court using the CM/ECF system which shall send notification to all parties of record by operation of the Court's electronic filing system.

*/s/ William C. Parler, Jr.*
WILLIAM C. PARLER, JR.