IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **GERARD LAYANI, et al.** | * | |
| Plaintiffs | * | |
| | | **Civil Case No. 20-00420-SAG** |
| v. | * | |
| **ISAAC OUAZANA, et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

**APPENDIX OF EXHIBITS TO DEFENDANTS' MOTION TO COMPEL DISCOVERY AND SUPPORTING MEMORANDUM OF LAW**

A. Answers and Objections of Plaintiffs to Defendants' Request for Production of Documents and Things

B. Answers and Objections of Plaintiffs to Defendants' First Set of Requests for Admissions and Accompanying Interrogatories

C. Defendants' Amended Request for Production of Documents and Things

D. Defendants' First Set of Request for Admissions and Accompanying Interrogatories