# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**  
**ADAM B. ABELSON**  
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-7750**  
**MDD_ABAchambers@mdd.uscourts.gov**

## LETTER ORDER

Date:      May 30, 2024

To:        Counsel of Record

Subject:   *Layani, et al. v. Ouazana, et al.*, Civil No.: 20-cv-0420-SAG

Dear Counsel,

Having considered the motion for a protective order and the response (ECF Nos. 168 & 170), and having found good cause for entry of a protective order, pursuant to Federal Rule of Civil Procedure 26(c) the motion is GRANTED IN PART and DENIED IN PART. I am granting the motion in that I am entering a protective order. I am denying it to the extent the protective order will not consist of the form suggested by Plaintiffs but will consist of this District's standard discovery confidentiality order form, modified to include a "Highly Confidential-Attorney's Eyes Only" designation. *See, e.g.*, *Country Vintner of N. Carolina, LLC v. E. & J. Gallo Winery*, No. 5:09-CV-326-BR, 2010 WL 11565920, at *2-*3 (E.D.N.C. Jan. 20, 2010). This designation should be used sparingly and in accordance with the order.

Plaintiffs shall produce the materials at issue in the motion for a protective order by June 6, 2024, marking each page sought to be protected by the protective order as either CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.

Additionally, I will hold an in-person hearing on the remaining discovery-related issues presented in Defendants' Motion to Compel (ECF No. 150) and Motions for Sanctions (ECF Nos. 169 & 173) and the parties' status reports (ECF Nos. 171 & 172), as well as any other outstanding discovery-related issues, **on Tuesday June 11, 2024 at 10:00 a.m. EST**. The parties

should consult the Court calendar for the courtroom assignment. **If scheduling the hearing for that date would disrupt or delay completion of discovery in this case, counsel shall promptly contact chambers and identify alternative dates counsel would be available for an in-person hearing.**

Although informal in form, this is an order of the Court and shall be docketed as such.

Sincerely,

/s/
Adam B. Abelson
United States Magistrate Judge