**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

August 21, 2024

**LETTER ORDER**

    Re:  <u>Gerard Layani, et al. v. Isaac Ouazana et al.,</u>
           Civil Case No. SAG-20-420

Dear Counsel:

On August 13, 2024, this Court ordered the Parties to submit further information related to Plaintiffs' Motion for Sanctions for Default, ECF 142, including the updated number and identities of the witnesses each parties intends to have testify at the sanctions motions hearing, whether each witness will testify live or remotely, the length of time each side expects to take to examine and cross-examine each live witness, and the length of each *de bene esse* deposition. ECF 224. Defendants identified four witnesses, all of whom will testify live. ECF 227. Plaintiffs identified four witnesses, only one of whom will testify live. ECF 228. The three other witnesses will appear by *de bene esse* deposition. *Id.*

The Court will hold a hearing on **September 24, 2024** at 9:30 am in courtroom 7C. All live witnesses should be present at that time and should be prepared to testify. Plaintiffs are also ORDERED to provide the Court with video footage of the *de bene esse* depositions of Avraham Harlap, Itamar Shaked, and David Assous via flash drive no later than September 10, 2024. This Court will review those depositions in advance of the hearing.

Despite the informal nature of this letter, it constitutes an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge