# Exhibit 1

| | |
|---|---|
| From: | Ouazana Isaac <ouazana.isaac@gmail.com> |
| Sent: | Wednesday, December 17, 2014 1:18 PM |
| To: | Julien LAYANI; Simon Dahan; ISAAC OUAZANA |
| Subject: | Re: 4004 OAKFORD Ave, Baltimore, MD 21215 |

Bonsoir julien ,

Je te confirm reception de ton email et de notre partnariat a hauteur de 50 % pour l' acquisition de 4004 oakford ave, baltimore md 212150.

La societe sera creer demain avec le nouveau tax id et le compte bancaire et loperating agreement .

A propos du paymemt on pourrais faire 75 mille dollars la moitie du settlement et premiere tranche de 15000 pour les travaux un total dun premier virement de 90000
 et apres on partage la balance en 2 ou 3 payment comme bon te semble

Achat du bien 10 janvier 2015 et les travaux prendront 3 mois jusqua 15 avril pour avoir des locataire a l interieur .

merci de ta cooperation


2014-12-17 9:26 GMT-08:00 Julien LAYANI <jlayani@britt-invest.com>:

Bonjour Isaac,

Je te confirme notre accord pour que la société BRITT INVESTMENTS BALTIMORE LLC entre en association à hauteur de 50% avec ta société WAZ INVESTMENTS LLC (également à hauteur de 50%) pour l'achat de l'immeuble cité en objet de ce mail.

Cette acquisition se fera à travers la société que tu dois créer ces prochains jours et qui aura pour raison sociale « 4004 OAKFORD LLC ».

Il te faudra également créer un compte bancaire associé à cette nouvelle LLC. Un fois ce compte bancaire crée tu devras m'envoyer le RIB (IBAN et BIC ou SWIFT) pour que je puisse virer ma participation à cette opération soit au total :

$ 112.700 selon le bilan prévisionnel que je te joins en pièce attachée.

1

Dec.5.2019 Layani Interview--000010

Layani et al. v. Ouazana et al. 1:20-cv-00420                    Plaintiffs 001592

Je virerais avant le « Settlement » ma participation pour l'acquisition et création de la LLC et ensuite il faut que nous mettions en place un échéancier des besoins en trésorerie pour financer les travaux (comme convenu ensemble lors de mon voyage).

J'ai bien noté que le bien n'avais besoins que de peu de travaux et je te remercie de me confirmer qu'une fois titré (d'après toi, mi-janvier), il ne faudra que 2 mois de travaux et que la location l'ensemble commencera dès le début du mois d'avril 2015.

Nos relations devront être établies selon un accord du type « Operating Agreement » dont tu dois m'envoyer un projet par retour de mail.

Je souhaiterais également que tu valides les frais de comptable, d'assurance et les impôts auprès des professionnels concernés qui devront t'écrire pour que tu me transmette leur réponses et que nous intégrions ces éléments dans le prévisionnel de l'opération.

Très cordialement.

**Julien LAYANI**

Groupe BRITT INVEST

+33.6.13.42.18.72

---

**De :** sjdahan@gmail.com [mailto:sjdahan@gmail.com]
**Envoyé :** dimanche 14 décembre 2014 16:43
**À :** Julien LAYANI
**Objet :** 4004 Oakford Ave

Bonjour Julien,

Voila le descriptif du 4 unit building. Le building est dans le quartier de Gwynn Falls. Le contractor avait commencer les travaux avait de faire failite. Les travaux ne devrait durer que a peu pres 3 mois au lieu de 6 mois dans l'autre building.

Dans la renta on a mis une location a $900. Dans l'immeuble a cote les locataire paient $950 mais ne paient pas l'eau. Benjamin m'a dis qu'on peut essayer de faire un lease un peu different pour essayer de les faire payer l'eau mais on ne peut pas les forcer. Sinon si on augmente les loyer un peu on pourra couvrir les frais d'eau.

2

J'ai encore 5 maisons que je vais t'envoyer plus tard j'attends juste les informations sur l'une d'entre elles qui est un duplex

3

**Dec.5.2019 Layani Interview--000012**

Layani et al. v. Ouazana et al. 1:20-cv-00420                                          Plaintiffs 001594

Google Translate Draft 12/17/14

Good evening Julian,

I confirm receipt of your email and our 50% shareholding for the acquisition of 4004 oakford ave, baltimore md 212150.

The company will be created tomorrow with the new tax id and bank account and loperating agreement.

About the paymemt we could make 75 thousand dollars half of the settlement and first 15000 for the works a total of a first transfer of 90000 and after we share the balance in 2 or 3 payment as you see fit

Purchase of the property January 10, 2015 and the work will take 3 months until April 15 to have tenants inside.

thank you for your cooperation

2014-12-17 9:26 GMT-08: 00 Julien LAYANI <jlayani@britt-invest.com <mailto: jlayani@britt-invest.com >>: Hello Isaac,

I confirm our agreement for the company BRITT INVESTMENTS BALTIMORE LLC to enter into a 50% association with your company WAZ INVESTMENTS LLC (also up to 50%) for the purchase of the building mentioned in the subject of this email.

This acquisition will be done through the company that you have to create in the coming days and that will be called "4004 OAKFORD LLC".

You will also need to create a bank account associated with this new LLC. Once this bank account creates you will have to send me the RIB (IBAN and BIC or SWIFT) so that I can transfer my participation to this operation in total:

    $ 112,700 according to the projected balance sheet that I join you in attached room.
bar

Dec.5.2019 Layani Interview--000013

I would transfer before the "Settlement" my participation for the acquisition and creation of the LLC and then we must set up a schedule of cash requirements to finance the work (as agreed together during my trip).

I have noted that the property needed only a few works and I thank you for confirming that once titled (according to you, mid-January), it will take only 2 months of work and that the rental the set will start from the beginning of April 2015.

Our relations will have to be established according to an agreement of the type "Operating Agreement" of which you must send me a project by return of mail.

I would also like you to validate the accounting, insurance and taxes fees with the professionals concerned who will have to write to you so that you can send me their answers and that we integrate these elements in the forecast of the operation.

Dec.5.2019 Layani Interview--000014

Layani et al. v. Ouazana et al. 1:20-cv-00420    Plaintiffs 001596