# Law Offices of
# William C. Parler, Jr.

*A Limited Liability Company*
*Attorney at Law*

| | | |
|---|---|---|
| William C. Parler, Jr.*† | 311 Gailridge Road | Of Counsel |
| * Licensed in Maryland | Timonium, Maryland 21093 | Kelly A. Grafton* |
| † Licensed in the District of Columbia | (410) 832-1885 | John S. Cobb*†^ |
| ^Licensed in Florida | w.parler@parlerlaw.com | |

August 18, 2025

**VIA ELECTRONIC MAIL ONLY**

The Honorable Stephanie A. Gallagher  MDD_SAGchambers@mdd.uscourts.gov
United States Magistrate Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD  21201

The Honorable Deborah K. Chasanow  MDD_DKCChambers@mdd.uscourts.gov
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

Re:    Layani, et al. v. Ouazana, et al.,
       Case No.: 1:20-cv-00420-SAG

Dear Judge Gallagher and Judge Chasanow:

The purpose of this letter is to identify Defendants' concerns regarding several of the properties identified in Mr. Zouaoui's letter to Judge Gallagher of July 29, 2025 (ECF 322).  Specifically, the letter identifies two properties of Plaintiff Yehuda Ragones that he seeks damages for in this case: 2701 Rosedale, and 1109 Lyndhurst. Neither Mr. Ragones, nor any of his corporate entities ever owned 2701 Rosedale or 1109 Lyndhurst, and as a result he cannot be the real party in interest.   2701 Rosedale was transferred by Defendant I & B Capital Investments, LLC to Sweland, LLC on November 03, 2015, deed attached as "Exhibit 1".  Sweland, LLC is a Nevada, Single Member, LLC. The single member of Sweland, LLC is a "Christina Margareta Skoglund", Sweland, LLC application for Employer Identification Number, attached as "Exhibit 2". Upon information and belief, Christina Margareta Skoglund is Plaintiff Yehuda Ragone's mother-in-law.  According to Maryland Land Records, neither Mr. Ragones, nor any of his corporate entities has ever had an ownership interest in 2701 Rosedale, Md. Land Records printout for 2701 Rosedale, attached as "Exhibit 3" .  Thus, it is apparent that the real party in interest for any claims related to 2701 Rosedale is Mr. Ragones' mother-in-

law, but not Mr. Ragones. Further, 2701 Rosedale is not a property identified in the Plaintiffs' Second Amended Complaint filed in 2022.

There is a similar issue for 1109 Lyndhurst. The property was transferred by WAZ Investments, LLC to ITB Real Estate, LLC on 10/06/17, deed attached as "Exhibit 4". The Managing Member of ITB Real Estate, LLC is Ilan Binjamini, see ITB articles attached as "Exhibit 5". Upon information and belief, Mr. Ilan Binjamini is a known friend of Plaintiff Yehuda Ragones. A review of Maryland Land Records shows that neither Mr. Ragones, nor any of his corporate entities has ever had an ownership interest in 1109 Lyndhurst, attached as "Exhibit 6". Thus, it is apparent that the real party in interest for 1109 Lyndhurst is ITB Real Estate, LLC or Ilan Binjamini,, and not Plaintiff Yehuda Ragones.

Plaintiff Isaac Kraus testified that he purchased two properties from Defendants, 1101 E. Chase Street, and 3201 Lyndale. There was some discussion regarding 3022 Northern Parkway, but that property was never purchased for Mr. Kraus. Isaac Kraus' Deposition Testimony attached as "Exhibit 7" at pages 16, 35 to 37, 39 to 44, 65 to 69, 73, 79, and 81. 1101 Chase Street is owned by "Krausz Elef Beis, LLC", with Isaac Kraus as the Managing Member, attached as "Exhibit 8". The deed for 1101 Chase Street shows that Krausz Elef Beis, LLC took title on June 30, 2017, attached as "Exhibit 9", which still owns the property. Krausz Elef Beis, LLC is not a Plaintiff in this case. Aside from the limitation's issues for Kraus Elef Beis, LLC, it is presently not in good standing with the Maryland SDAT, attached as "Exhibit 10", with its articles also forfeited from October of 2019 to June 22, 2022. 3201 Lyndale was lost by Mr. Kraus at a tax sale after he discharged Defendants as the property managers. There is no evidence in this case that the Defendants or Isaac Kraus ever held an ownership interest in 3022 Northern Parkway. Indeed, during his deposition, Kraus did not identify 3022 Northern Parkway as a property at issue in this case. Exhibit 7. Thus, the only property of Mr. Kraus properly at issue in this case is 3201 Lyndale.

Respectfully submitted,

William C. Parler, Jr.

WCPJr.:mlk
cc: Jamil Zouaoui, Esq.
    Brian Spern, Esq.