```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
```

GERARD LAYANI, et al.           :

                                 :

    v.                          :   Civil Action No. DKC 20-420

                                 :

BENJAMIN S. OUAZANA, et al.     :

                                 :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion as well as those stated during trial, it is this 27th day of January, 2026, by the United States District Court for the District of Maryland, ORDERED that:

    1.  Judgment BE, and the same hereby IS, ENTERED in favor of Defendants and against Plaintiffs on all claims in Counts I and II for violations of RICO;

    2.  Judgment BE, and the same hereby IS, ENTERED in favor of Defendants and against Plaintiffs for all state law claims other than those contained in the verdict sheet submitted to the jury;

    3.  The motion for judgment under Rule 50(b)(3) filed by Defendants (ECF No. 352) BE, and the same hereby IS, DENIED;

    4.  A telephone status/scheduling conference with counsel will be held on Thursday, February 12, 2026, at 9:30 a.m. Dial-in information will be emailed to counsel; and

     5.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                               /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge